UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-23981-SEITZ/SIMONTON

ARRIVALSTAR S.A., *et al.*,

    Plaintiffs,

v.

EDWIN WATTS GOLF SHOPS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiffs' Notice Of Voluntary Dismissal With Prejudice [DE-10], requesting that the Court dismiss this action with prejudice. Having considered the Notice, it is hereby

ORDERED THAT

(1) This action is DISMISSED with prejudice, with each party to bear its own costs and attorneys fees.

(2) This case is CLOSED.

(3) Any pending motions are DENIED as they are moot.

DONE AND ORDERED in Miami, Florida, this 7 day of January, 2013.

                                            PATRICIA A. SEITZ
                                          UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record